UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE JACOB, | No. 2:22-cv-2051 DJC DB P |
| Petitioner, | |
| v. | ORDER |
| MATTESON, | |
| Respondent. | |

    Petitioner, a state prisoner proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. Petitioner argues the court should grant habeas relief because: (1) the lack of sufficient evidence to support the imposition of a firearm enhancement; (2) the lack of sufficient evidence to support the special circumstance; (3) the failure to declare a mistrial; (4) the failure to consider petitioner's ability to pay before imposing restitution and fines; (5) the ineffective assistance of counsel; (6) petitioner's actual and factual innocence. (ECF No. 1 at 47-75.)

    Petitioner filed a motion for stay concurrently with the petition for writ of habeas corpus. (ECF No. 2.) Petitioner stated that a stay was needed so that grounds five and six of the petition could be exhausted. (Id. at 5.) The undersigned directed respondent to file a response to the motion for stay. (ECF No. 5.) Respondent filed a statement of non-opposition. (ECF No. 8.) Thereafter, the undersigned recommended that the motion for stay be granted, and this action be stayed pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). (ECF No. 9.) The findings and

recommendations were adopted, and petitioner was directed to file an initial status report and periodic status reports thereafter until exhaustion was complete. (ECF No. 11.)

      Petitioner filed a status report on September 18, 2023, indicating that a petition for writ of habeas corpus remained pending before the California Supreme Court. (ECF No. 12 at 2.) On November 28, 2023, petitioner filed a first amended petition. (ECF No. 13.) Therein, petitioner states that the California Supreme Court denied his petition for writ of habeas corpus on October 25, 2023. (Id. at 3.) However, petitioner has not filed a motion to lift the stay, motion to amend the petition, or provided any showing indicating that grounds five and six relate back and should be deemed timely filed. Accordingly, the court will direct petitioner to file a motion to lift the stay and/or a motion to amend the petition. Petitioner's filing should include a statement indicating whether grounds five and six are appropriate and timely.

      For the reasons set forth above, IT IS HEREBY ORDERED that:

1. Within twenty-eight days of the date of this order petitioner shall file a motion to lift the stay and/or a motion to amend the petition.
2. Respondent shall file a response no more than twenty-one days after petitioner's filing.
3. Petitioner shall file a reply, if any, no more than fourteen days after respondent's filing.

Dated: December 8, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/jaco2051.stay lift

3