UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE JACOB, | No.  2:22-cv-2051-DJC-DB (HC) |
| Petitioner, | |
| v. | ORDER |
| GISELLE MATTESON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding through counsel, is pursuing an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 12, 2024, the Magistrate Judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen days. (ECF No. 20.)  No party has filed objections to the Findings and Recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 12, 2024 (ECF No. 20), are adopted in full;
2. Petitioner's Motion to Lift Stay, Amend, and Reopen Case (ECF No. 16) is GRANTED;
3. The Clerk of the Court is directed to reopen this case; and
4. This matter is referred back to the assigned Magistrate Judge for all further proceedings.

IT IS SO ORDERED.

Dated:  **September 30, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE